UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
-----------------------------------------------------------X
In re:

                                                      Chapter 7

Vincent Paul Valentino
dba Seaford Car Wash,

                                                      Case No. 17-76417-REG

                    Debtor.
-----------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME

        This Stipulation and Order is entered into as of January 25, 2018, between Andrew M. Thaler, chapter 7 trustee (the "Trustee") of the bankruptcy estate Vincent Paul Valentino dba Seaford Car Wash (the "Estate"), The United States Trustee and Vincent Paul Valentino dba Seaford Car Wash, (sometimes collectively referred to as, the "Parties").

## RECITALS

        **WHEREAS**, on 10/18/2017, the Debtor commenced this case by filing a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code;

        **WHEREAS**, the Trustee examined the Debtor at the section 341 meeting of creditors on January 25, 2018;

        **WHEREAS**, following the section 341 meeting of creditors, the Trustee requested the Debtor to provide documents and information related to the Trustee's administration of the Estate;

        **WHEREAS**, the Debtor has not yet fully complied with the Trustee's requests;

        **WHEREAS**, the Trustee and the United States Trustee currently has until 1/29/2018 to file a complaint objecting to the Debtors' discharge under 11 U.S.C. § 727(a);

        **WHEREAS**, the Parties have agreed to extend the time for the Trustee and the United States Trustee to file a complaint objecting to the Debtors' discharge under 11 U.S.C. § 727(a) and 11 U.S.C. § 707(b) to 4/30/2018;

        **WHEREAS**, neither the Trustee nor the Office of the United States Trustee has made prior application for an extension of time to object to the Debtor's discharge;

**NOW, THEREFORE, IT IS MUTUALLY AGREED AMONG THE PARTIES AS FOLLOWS:**

1. The last day for the Trustee and the United States Trustee to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727(a) and under 11 U.S.C. 707(b) is hereby extended to 4/30/2018.

2. The Trustee may make further applications for extensions of time to object to the Debtor's discharge as the circumstances may warrant, provided that such application is made on or before 4/30/2018.

| | | |
|---|---|---|
| Dated: 1/25/18<br>Westbury, NY | | Andrew M. Thaler<br>Chapter 7 Trustee<br>675 Old Country Road<br>Westbury, NY 11590 |
| | By: | /s/ Andrew M. Thaler<br>Andrew M. Thaler |
| Dated: 1/25/18<br>Central Islip, NY | | Office of the United States Trustee<br>560 Federal Plaza<br>Central Islip, NY 11722 |
| | By: | /s/ Alfred Dimino<br>Alfred M. Dimino |
| Dated: 1/25/18 | By: | /s/ Vincent Paul Valentino<br>Debtor, Pro Se |

**SO ORDERED**